1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JUMAH ALI, aka                        No. CIV-S-04-0314 MCE/DAD P
      THOMAS MOORE,
12
                Plaintiff,
13
          v.                                ORDER
14
      RICK RIMMER, ET AL.,
15
                Defendants.
16    _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed

18    this civil rights action seeking relief under 42 U.S.C. § 1983.

19    The matter was referred to a United States Magistrate Judge

20    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21    262.

22        On October 19, 2005, the Magistrate Judge filed Amended

23    Findings and Recommendations herein which were served on

24    Plaintiff and which contained notice to Plaintiff that any

25    objections to the Findings and Recommendations were to be filed

26    within twenty days.

                                   1

1  Plaintiff has not filed Objections to the Findings and

2  Recommendations.

3      The Court has reviewed the file and finds the Findings and

4  Recommendations to be supported by the record and by the

5  Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6  that:

7      1.  The Amended Findings and Recommendations filed October

8  19, 2005, are adopted in full;

9      2.  Plaintiff's Amended Complaint, filed on December 13,

10  2004, is dismissed;

11      3.  Claims concerning defendants Rimmer and Grannis are

12  dismissed with prejudice for failure to state a claim;

13      4.  Claims concerning the remaining Defendants are dismissed

14  without prejudice in order to allow Plaintiff to pursue those

15  claims in a court where venue is proper if he so desires; and

16      5.  This action is dismissed.

17  DATED: December 14, 2005

18

19

20  _____
    MORRISON C. ENGLAND, JR
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

2